## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| WHIRLPOOL PROPERTIES, INC., WHIRLPOOL CORPORATION, and MAYTAG PROPERTIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BUSERS IMPORTS LLC, <br><br> Defendant. | § § § § § § § § § § § § § § | No. 2:19-cv-00151-JRG <br><br> JURY TRIAL DEMANDED |

## JOINT AMENDED MOTION FOR ENTRY OF CONSENT
## JUDGMENT AND PERMANENT INJUNCTION

Plaintiffs Whirlpool Properties, Inc., Whirlpool Corporation, and Maytag Properties, LLC and Defendant Busers Imports LLC (collectively, "the parties") have agreed to finally resolve the above-captioned litigation. Pursuant to that agreement, the parties have agreed to the entry of a consent judgment and permanent injunction on the terms provided in the attached Exhibit 1. The parties jointly request that the Court enter the consent judgment and permanent injunction in the form provided.

Dated: June 16, 2020

                 Respectfully submitted,

                 By: */s/ Melissa R. Smith*
                 Melissa R. Smith (*TX State Bar No. 24001351*)
                 GILLAM & SMITH, LLP
                 303 S. Washington Ave.
                 Marshall, TX 75670
                 Telephone: (903) 934-8450
                 Facsimile: (903) 934-9257
                 Email: Melissa@gillamsmithlaw.com

Jeffrey D. Harty (IA AT0003357)
(Admitted Eastern District of Texas)
Allison E. Kerndt (IA AT0002923)
(Admitted in the Eastern District of Texas)
NYEMASTER GOODE, P.C.
700 Walnut Street, Ste. 1600
Des Moines, IA 50309-3899
Telephone: (515) 283-3100
Facsimile: (515) 283-3108
Email:   jharty@nyemaster.com
Email    akerndt@nyemaster.com

*Attorneys for Plaintiffs*
**WHIRLPOOL PROPERTIES, INC.,
WHIRLPOOL CORPORATION, AND
MAYTAG PROPERTIES, LLC**


*/s/ Dana M. Campbell*
Dana M. Campbell
Texas Bar Number 03697980
Kelly Kubasta
Texas Bar Number 24002430
Ferguson Braswell Fraser Kubasta PC
2500 Dallas Parkway, Suite 600
Plano, TX 75093
972-378-9111 (t)
972-378-9115 (f)
dcampbell@fbfk.law
kkubasta@fbfk.law

*Attorneys for Defendant,*
**BUSERS IMPORTS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service, on June 16, 2020.

 */s/ Melissa R. Smith*
Melissa R. Smith